NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| MIGUEL ANGEL NIEVES, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Case No. 2D19-1026 |
| ) | |
| STATE OF FLORIDA, ) | |
| ) | |
| Appellee. ) | |
| _____) | |

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; J. Kevin Abdoney,
Judge.

PER CURIAM.

Affirmed.  See Robinson v. State, 793 So. 2d 891 (Fla. 2001); Lopez v.

State, 135 So. 3d 539 (Fla. 2d DCA 2014); Calloway v. State, 914 So. 2d 12 (Fla. 2d

DCA 2005); State v. Wilson, 203 So. 3d 192 (Fla. 4th DCA 2016); Williams v. State, 143

So. 3d 423 (Fla. 1st DCA 2014).

SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.